UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721



Clerk, Northern District of California 
450 Golden Gate Avenue
San Francisco, CA 94102

**SI**

**(PR)**

| RE: | JOSEPH JOHNSON, JR. vs. JAMES S. CAHAN |
|---|---|
| USDC No.: | 1:07-CV-01815-AWI-WMW |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 17, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**December 17, 2007**          /s/  **E. Flores**
_____
Deputy Clerk

RECEIVED BY: _____
Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

I hereby attest and certify on 12/17/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | 1:07-cv-1815 AWI-WMW (PC) |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |
| vs. | |
| JAMES S. CAHAN, | |
| Defendants. | |

_____Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, none of the defendants reside in this district. The claim arose in Santa Clara County, which is in the Northern District of California. Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest

-1-

1 | of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.
2 | See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
3 |     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
4 | District Court for the Northern District of California.
5 | IT IS SO ORDERED.
6 | **Dated:  December 17, 2007**          /s/ William M. Wunderlich
       UNITED STATES MAGISTRATE JUDGE