CLOSED, IFP_PENDING, PRISONER_CIVIL_RIGHTS

# U.S. District Court
# Eastern District of California - Live System (Fresno)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01815-AWI-WMW
# Internal Use Only

(PC) Johnson v. Cahan et al
Assigned to: Judge Anthony W. Ishii
Referred to: Magistrate Judge William M. Wunderlich
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/13/2007
Date Terminated: 12/17/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Johnson, Jr.**     represented by  **Joseph Johnson, Jr.**
000580-1
COALINGA STATE HOSPITAL (5003)
PO BOX 5003
24511 WEST JAYNE AVE.
COALINGA, CA 93210-5003
PRO SE

V.

**Defendant**

**James S. Cahan**
*Deputy District Attorney of Santa Clara County*

**Defendant**

**Dale R. Arnold**
*Dr.*

**Defendant**

I hereby attest and certify on 12/17/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

**Department of Mental Health**

**Defendant**

**Atascadero State Hospital**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2007 |  | SERVICE BY MAIL: 3 Order, Case Transferred Out to Another District, served on Joseph Johnson, Jr. (Flores, E) (Entered: 12/17/2007) |
| 12/17/2007 | 4 | TRANSMITTAL of DOCUMENTS on *12/17/2007* to * Clerk, Northern District of California* *450 Golden Gate Avenue* *San Francisco, CA 94102*. ** *Electronic Documents: 1 to 3. *. (Flores, E) (Entered: 12/17/2007) |
| 12/17/2007 | 3 | ORDER, CASE TRANSFERRED to District of CA/Northern. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED signed by Judge William M. Wunderlich on 12/17/2007. (Flores, E) (Entered: 12/17/2007) |
| 12/17/2007 |  | (Court only) ***STAFF NOTE: Case screened, order transferring case to the Northern District of California submitted to WMW/tb. (Flores, E) (Entered: 12/17/2007) |
| 12/13/2007 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Joseph, Jr. Johnson. (Flores, E) (Entered: 12/17/2007) |
| 12/13/2007 | 1 | COMPLAINT (1983) against James S. Cahan, Dale R. Arnold, Department of Mental Health, Atascadero State Hospital by Joseph, Jr. Johnson.(Flores, E) (Entered: 12/17/2007) |