1 | Joseph Johnson, Jr.
2 | #000580-1
3 | P.O. Box 5003
4 | Coalinga, CA. 93210
5 | Pro Se



FILED
DEC 13 2007
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SI (PR)

1:07-CV-1815-AWI-WMW-PC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON, JR.,

    Plaintiff

JAMES S. CAHAN, SANTA CLARA COUNTY DISTRICT ATTORNEY; and DR. DALE ARNOLD Ph.D. PSYCHIATRIST

    Defendants   /

CASE NO.:

APPLICATION TO PROCEED
IN FORMA PAUPERS

    Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983.

    Individuals detained pursuant to California Welfare and Institutions Code §6600 et seq, are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. "Accordingly, we hold that either the PLRA's requirement that prisoner-plaintiff seeking to proceed in Forma Pauperis must provide copies of prisoner trust fund account statements, nor the PLRA's requirement that prisoners seeking to file civil actions regarding prison condition must exhaust available

-1-

1  administrative remedies, applies to Page." Pg.201 F.3d 1140, 201
2  F.3d 1136 **Page v. Torrey, (CA.9th.) 2000.**
3      In the instant action, Plaintiff is filing this application
4  to proceed in forma pauperis, along with the attached documents.

6  Dated: December 11, 2007                      Respectfully submitted
7                                                   Joseph Johnson, Jr.,
8                                                   Applicant

UNITED STATES DISTRICT COURT

__**EASTERN**__   District of  __**CALIFORNIA**__

| | |
|---|---|
| JOSEPH JOHNSON, JR., | APPLICATION TO PROCEES |
| Plaintiff | WITHOUT PREPAYMENT OF |
| v. | FEES AND AFFIDAVIT |
| JAMES S. CAHAN, SANTA CLARA COUNTY DISTRICT ATTORNEY; and DALE ARNOLD Ph.D. PSYCHIATRIST | CASE NUMBER.: |
| Defendants / | |

I, Joseph Johnson, Jr., declare that I am the Plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915. I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint. In support of this application, I answer the following questions under penalty of perjury:

1. I am currently incarcerated at Coalinga State Hospital.
2. I am not employed at said institution, and do not receive any payment from this said institution.
3. I am not currently employed, and last time that I was employed was in 1982 working as a meatcutter(Butcher) from the San Jose Butchers Union. My take home pay was about $200.00 a day
4. In the last 12 twelve months ***I have not*** received any moneys from any of the following sources:

     a. Business, profession or other self-employment

     b. Rent payment, interest or dividends

     c. Pensions, annuities or life insurance payments

     d. Disablity or workers compensation payment

     e. I do receive some funds from friends and or family in order to buy canteen (food & cosmetics/toilet items).

     f. I do not have any checking or saving accounts

     g. I do not own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value

     h. No one dependents on me for support.

I declare under the penalty of perjury that the above information is true and correct.

Dated: December 11, 2007

                                                  Joseph Johnson, Jr.,
                                                         Applicant.

# PROOF OF SERVICE BY MAIL

I, Joseph Johnson, Jr., _____, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is

#000580-1; P.O.Box 5003;Coalinga CA 93210

and I am a resident of, or employed in, Fresno County, California.

On the date of December 11, 2007 I served the

Application To Proceed In Forma Pauperis

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) Coalinga State Hospital, (city) Coalinga,

Fresno County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).
United States Courts
Office of the Clerk, United States District Court
Eastern District of California
Fresno, California. 93721-1318

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 11, 2007        _____
                                (Signature of person mailing)

                                Joseph Johnson, Jr.,
                                _____
                                (Name of person mailing, typed or printed)