Joseph Johnson, Jr.

#000580-1

P.O. Box 5003

Coalinga, CA 93210

Appearing In Pro Se

FILED

CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CLAIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | Case No.: C 08 0010 SI |
| Plaintiff | CIVIL PATIENT'S (<u>NON PRISONER</u>) MOTION/ REQUEST/ APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Vs. | |
| JAMES S. CAHAN, Deputy District Attorney of Santa Clara County; and Dr. Dale R. ARNOLD, Ph.D, Psychiatrist; CALIFORNIA DEPARTMENT OF MENTAL HEALTH, and ATASCADERO STATE HOSPITAL/ JANE and JOHN DOES. | |
| <u>Defendants</u> / | |

### FACTS OF COMPLAINT

Since May 25, 2000, Plaintiff Joseph Johnson, Jr., has been civilly committed to Atascadero State Hospital, now at Coalinga State Hospital("Hospital") for care and treatment under California's Sexually Violent Predators Act. Plaintiff's civil commitment began after he completed his prison term.

On January 2, 2008 Plaintiff filed a pro se 42 U.S.C. 1983 complaint (C 08 0010-SI)

-1-

against the above defendants, and filed a motion to proceed in forma pauperis and a declaration in support thereof(See Exhibit "A" attached)

On January 16, 2008 Plaintiff received a ***"PRISON'S APPLICATION TO PROCEED IN FORMA PAUPERIS"*** from the Northern District Court, to be filled out by Plaintiff and returned back to the court, **Not WithStanding** the fact that Plaintiff had already filled out and mailed in a Application To Proceed In Forma Pauperis along with his 42 U.S.C. 1983 civil complaint.

## PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS
## IS NOT APPLICABLE TO PLAINTIFF

Plaintiff argues that as a civil detainee, he is *not* subject to the PLRA's requirement that prisoner's seeking to file civil actions " to provide a certified copy of prisoner trust fund account statement for the last six months."

Enacted in 1996, the PLRA imposes specific filing requirements on prisoners seeking to file civil actions in forma pauperis, see 28 U.S.C. s 1915, and prisoners seeking to file civil actions regarding prison conditions, see 42 U.S.C. s 1997e. These include the requirements that prisoner-plaintiffs seeking to proceed in forma pauperis submit a certified copy of their prisoner trust fund account statement for the previous six months, see 28 U.S.C. s 1915 (a)(2), that prisoner-plaintiffs proceeding in forma pauperis pay the full amount of the filing fee, see 28 U.S.C. s 1915(b), ... . But it is clear from the express language of these provisions that these requirements apply only to "prisoners." See, e.g., 28 U.S.C. s 1915(a)(2) ("A prisoner seeking to bring civil action ..." (emphasis added));. 42 U.S.C. s 1997e(a) ("No action shall be brought ... by a prisoner ..." (emphasis added)).    Thus, the denial of Plaintiff's application turn initially on whether Plaintiff, who is civilly committed pursuant to California's Sexually Violent Predators Act, is a prisoner within the meaning of 28 U.S.C. s 1915 . Plaintiff is not a "prisoner" within the meaning of the PLRA.

The definition of "prisoner" for the purposes of these provisions of the PLRA is explicit:

As used in this section [28 U.S.C. s 1915], the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for or

1  adjudicated delinquent for, violations of criminal law or the terms and conditions of parole,
2  probation, pretrial release, or diversionary program.
3  28 U.S.C. s 1915(h); see also 42 U.S.C. s 1997e(h) (identical language). Read broadly,
4  this language could arguably be interpreted to in clued individuals-such as Plaintiff who is
5  currently detained and who have in the past been accused of, convicted of, or sentence for a
6  criminal offense.
7  But the natural reading of the text is that, to fall within the definition of "prisoner," the
8  individual in question must be currently detained as a result of accusation, conviction, or
9  sentence for a criminal offense. See West v. Macht, 986 F.Supp. 1143 (W.D.Wis.1997)
10  ("Although Plaintiff has been convicted of a criminal violation, his current detention is not part
11  of the punishment for that crime but is instead a civil commitment ...."); see also LaFontant v.
12  INS, 135 F.3d 158, 165 (D.C.Cir.1998) (holding that INS detainee is not a prisoner under the
13  PLRA); Ojo v. INS,106 F.3d 680,682 (5th Cir.1997) (same); cf. Greig v. Goord, 169 F.3d 165,
14  167 (2nd Cir.1999) (holding that a former prisoner was not required to comply with the PLRA);
15  Doe v. Washington County, 150 F.3d 920, 924 (8th Cir.1998) (same); Kerr V. Puckett, 138 F.3d
16  321, 323 (7th Cir.1998) (same) .  As this plain language reading of the text produces a plausible
17  result , we need not look further.  See Flores-Arellano v. INS, 5 F.3d 360,362 (9th Cir. 1993)
18  (holding that where the plain language reading does not lead to absurd results to internal
19  statutory inconsistencies, this reading controls).  Therefore, it held in Page v. Torrey, 201 F.3d
20  1136 (C.A. 9th. 2000) that only individuals who, at the time they seek to file their civil actions,
21  are detained as a result of being accused of convicted of, or sentence for criminal offenses are
22  "prisoners" within the definition of 42 U.S.C. s 1997e and 28 U.S.C. s 1915.
23  California's Sexually Violent Predators Act provides not for criminal sanctions, but for
24  civil commitment of an individual who has been :
25  convicted of a sexually violent offense against two or more victims for which he or she received
26  a determinate sentence and who has a diagnosed mental disorder that makes the person a danger
27  to the health and safety of others in that it is likely that he or she will engage in sexually violent
28  criminal behavior.

1   Cal. Welf. & Inst. Code s 6600(a); see also Hubbart v. Superior Court of Santa Clara
2   County, 19 Cal. 4th 1138, 1179, 81 Cal. Rptr.2d 492, 969 P.2d 584 (1999) (finding that
3   California's Sexually Violent Predators Act provides not for punishment but for civil
4   commitment).

5   Thus, Plaintiff like Page although were "prisoners" within the meaning of the PLRA
6   when they served time for their conviction, Plaintiff like Page ceased being a "prisoner" when he
7   was released from the custody of the Department of Corrections. See Cal. Welf. & Inst. Code s
8   6601; see also LaFontant, 135 F.3d at 165 ("Although LaFontant was a 'prisoner' for the
9   purposes of the PLRA when he served time for past convictions, he ceased being a 'prisoner' at
10  the time he was released on parole."). Plaintiff's current detention is not part of the punishment
11  for his criminal conviction but rather a civil commitment for non-punitive purpose. See Cal.
12  Welf. & Inst. Code s 6602.5; s 6604; Hubbart, 19 Cal.4th at 1171-79, 81 Cal. Rptr.2d 492, 969
13  P.2d 584 (holding that California's Sexually Violent Predators Act established civil commitment
14  proceedings and that petitioner had not demonstrated that the Act imposed punishment).

15  Therefore, the Ninth Circuit Court of Appeals agreed with Page and the State of
16  California that Page like Plaintiff is not a "prisoner" within the meaning of the PLRA. Accord
17  West, 986 F.Supp. at 1143 (holding that person confined under Wisconsin's sexual predator law
18  was not a prisoner under PLRA).

19  Accordingly, ***the Court also held that neither the PLRA's requirement that prisoner-***
20  ***plaintiffs seeking to proceed in forma pauperis must provide copies of prisoner trust fund***
21  ***account* statements,** . . . .

22  Plaintiff/Patient has taken the liberty to fill out and enclose an Non Prisoner Application
23  To Proceed In Forma Puaperis, and exercising his right in not providing copies of his trust fund
24  account statements pursuant and within the meaning of the Prison Litigation Reform Act. **Page**
25  **v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).**

26  Plaintiff submit this application to proceed in forma pauperis on the appropriate form
27  pursuant to 28 U.S.C. § 1915. Accordingly, (See attached).
28  Date: January 25, 2008                    Joseph Johnson, Jr.
                                                PLAINTIFF/APPLICANT

1  Joseph Johnson, Jr.
2  CO#000580-1
3  P.O. Box 5003
4  Coalinga, CA 93210
5  Pro Se.
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11 | JOSEPH JOHNSON, JR.,                    | CASE NO.: C 08 0010
12 |        Plaintiff                        | A NON PRISONER
13 | Vs.                                     | APPLICATION TO PROCEED IN
14 | JAMES S. CAHAN, Deputy                  | <u>FORMA PAUPERIS</u>
15 | District Attorney of Santa
16 | Clara County, and Dr. DALE
17 | R. ARNOLD, Ph.D., Psychiatrist;
18 | CALIFORNIA DEPARTMENT
19 | Of MENTAL HEALTH;and
20 | ATASCADERO STATE HOSPITAL/
21 | JANE and JOHN DOES.
22 |        **Defendants**            /

23    I, Joseph Johnson, Jr., declare, under penalty of perjury that I am the plaintiff in the
24 above entitled case and that the information I offer throughout this application is true and correct.
25 I offer this application in support of my request to proceed without being required to proceed
26 without being require to prepay the full amount of fees, costs or give security. I state that because
27 of my poverty I am unable to pay the costs of this action or give security, and that believe that I
28 am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes___ No _x_

If your answer is "yes" state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None                              Net: None

Employer: None

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are in Imprisoned, specify the last place of employment prior to imprisonment.)

The last time I was employed was in 1981-82, as a butcher(meat-cutter) for the Butchers Union of San Jose/Santa Clara County. My wages were approximately $ 170-$200 dollars a day.

2. Have you received, within the past twelve(12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes __ No _x_

    b. Income from stocks, bonds, or royalties?    Yes __ No _x_

    c. Rent payment?    Yes __ No _x_

    d. Pensions, annuities, or life insurance payments/    Yes __ No _x_

    e. Federal or State welfare payments, Social Security or other government source?    Yes __ No _x_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each. None.

3. Are you married?    Yes___ No _x_

Spouse's Full Name: None

1  Spouse's Place of Employment: None

2  Spouse's Monthly Salary, Wages or Income: <u>None</u>

3  Gross $  <u>None</u>           Net:    <u>None</u>

4.    a.    List amount you contribute to your spouse's support:$  None

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and age. DO NOT INCLUDE THEIR NAMES.)    <u>NONE</u>

5.    Do you own or are you buying a home?    Yes ___    No <u>x</u>

Estimated Market Value:    <u>None</u>    Amount of Mortgage:    <u>None</u>

6.    Do you own an automobile?    Yes ___    No <u>x</u>

Make:   <u>None</u>    Year:   <u>None</u>    Model:    <u>None.</u>

Is it financed?  Yes ___    No <u>x</u>    If so, Total due: $  <u>None</u>

Monthly Payment: $ <u>None</u> .

7.    Do you have a bank account?  Yes ___    No <u>x</u>  (Do <u>not</u> include account number.) Name(s) and address(es) of bank:   <u>None.</u>

Present balance(s): $  <u>None</u>

Do you own any cash?  Yes ___    No <u>x</u>    Amount:$  <u>None</u>

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___    No <u>x</u>

8.    What are your monthly expenses?

Rent: $ <u>None</u>    Utilities:    <u>None.</u>

Food: $ <u>None</u>    Clothing:    <u>None</u>

Charge Accounts:

| <u>Name of Account</u> | <u>Monthly Payment</u> | <u>Total Owed on This Acct.</u> |
|---|---|---|
| None | None | None |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)    None

1 | 10.      Does the complaint which you are seeking to file raise claims that have been
2 | presented in other lawsuits?    Yes ____   No  x  
3 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
4 | which they filed.    None.
5 |
6 |      I declare under the penalty of perjury that the foregoing is true and correct and
7 | understand that false statement herein may result in the dismissal of my claims.
8 |
9 | Date: January 25, 2008                    *Joseph Johnson, Jr.*
10 |                                            PLAINTIFF/PATIENT/APPLICANT/PRO SE.

EXHIBIT "A"

```
 1  Joseph Johnson, Jr.
 2  #000580-1
 3  P.O. Box 5003
 4  Coalinga, CA.93210
 5  Pro Se
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              EASTERN DISTRICT OF CALIFORNIA
10
11
12  JOSEPH JOHNSON, JR.,            CASE NO.:
13         Plaintiff                APPLICATION TO PROCEED
14  JAMES S. CAHAN, SANTA           IN FORMA PAUPERS
15  CLARA COUNTY DISTRICT
16  ATTORNEY; and DR. DALE
17  ARNOLD Ph.D.PSYCHIATRIST
18         Defendants       /
```

19    Plaintiff is a civil detainee proceeding pro se in a civil
20 rights action pursuant to 42 U.S.C. §1983.
21    Individuals detained pursuant to California Welfare and
22 Institutions Code §6600 et seq, are civil detainees and are not
23 prisoners within the meaning of the Prison Litigation Reform
24 Act. "Accordingly, we hold that either the PLRA's requirement
25 that prisoner-plaintiff seeking to proceed in Forma Pauperis
26 must provide copies of prisoner trust fund account statements,
27 nor the PLRA's requirement that prisoners seeking to file civil
28 actions regarding prison condition must exhaust available

-1-

1 | administrative remedies, applies to Page." Pg.201 F.3d 1140, 201
2 | F.3d 1136 **Page v. Torrey,(CA.9th.) 2000.**
3 |     In the instant action, Plaintiff is filing this application
4 | to proceed in forma pauperis, along with the attached documents.
5 |
6 | Dated: December 11, 2007           Respectfully submitted
7 |                                                 Joseph Johnson, Jr.
8 |                                                 Applicant

-2-

```
                    UNITED STATES DISTRICT COURT


         ____EASTERN_____    District of    ___CALIFORNIA___


JOSEPH JOHNSON, JR.,                    APPLICATION TO PROCEES

        Plaintiff                       WITHOUT PREPAYMENT OF

        v.                              FEES AND AFFIDAVIT

JAMES S. CAHAN, SANTA

CLARA COUNTY DISTRICT

ATTORNEY;and DALE ARNOLD

Ph.D.PSYCHIATRIST                       CASE NUMBER.:

         Defendants      /
```

   I, Joseph Johnson, Jr., declare that I am the Plaintiff in the above-entitled proceeding;that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915. I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint. In support of this application, I answer the following questions under penalty of perjury:

   1. I am currently incarcerated at Coalinga State Hospital.
   2. I am not employed at said institution, and do not receive any payment from this said institution.
   3. I am not currently employed, and last time that I was employed was in 1982 working as a meatcutter(Butcher) from the San Jose Butchers Union. My take home pay was about $200.00 a day
   4. In the last 12 twelve months **I have not** received any moneys from any of the following sources:

-3-

   a. Business, profession or other self-employment
   b. Rent payment, interest or dividends
   c. Pensions, annuities or life insurance payments
   d. Disablity or workers compensation payment
   e. I do receive some funds from friends and or family in order to buy canteen (food & cosmetics/toilet items).
   f. I do not have any checking or saving accounts
   g. I do not own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value
   h. No one dependents on me for support.

I declare under the penalty of perjury that the above information is true and correct.

Dated: December 11, 2007

*Joseph Johnson, Jr*,
Joseph Johnson, Jr.,
Applicant.

## PROOF OF SERVICE BY MAIL

I, __Joseph Johnson, Jr.,_____, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and ~~not~~ a party to the above-entitled cause. My (residence or business) address is

__#000580-1; P.O.Box 5003;Coalinga CA 93210_____

_____,

and I am a resident of, or employed in, __Fresno_____ County, California.

On the date of __December 11, 2007_____ I served the

__Application To Proceed In Forma Pauperis_____

_____

_____

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) __Coalinga State Hospital__, (city) __Coalinga_____,

__Fresno_____ County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).
United States Courts
Office of the Clerk, United States District Court
Eastern District of California
Fresno, California 93721-1318

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: __December 11, 2007__          _____
                                      (Signature of person mailing)

                                      Joseph Johnson, Jr.,
                                      _____
                                      (Name of person mailing, typed or printed)

## PROOF OF SERVICE BY MAIL

I, <u>Joseph Johnson, Jr.,</u> , declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and ~~is~~ a party to the above-entitled cause. My (residence or business) address is <u>CO#000580-1; P.O. Box 5003; Coalinga CA 93210</u>

and I am a resident of, or employed in, <u>Fresno</u> County, California.

On the date of <u>January 25, 2008</u> I served the

<u>CIVIL PATIENT'S (NON PRISONER)MOTION/REQUEST/APPLICATION TO</u>

<u>PROCEED IN FORMA PAUPERIS, PURSUANT TO CIVIL RIGHTS ACTION TO</u>

<u>42 U.S.C. §1983.</u>

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) <u>Coalinga State Hospital</u>, (city) <u>Coalinga</u> ,

<u>Fresno</u> County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).
United States District Court
Northern District Of California
Office of the Clerk
450 Goldden Gate Avenue
San Francisco, CA 94102

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: <u>January 25, 2008</u>

<u>/s/ Joseph Johnson, Jr.</u>
(Signature of person mailing)

<u>Joseph Johnson, Jr.,</u>
(Name of person mailing, typed or printed)