UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | No. C 08-010 SI (pr) |
| Plaintiff, | **ORDER RE. SERVICE OF PROCESS** |
| v. | |
| JAMES S. CAHAN; et al., | |
| Defendants. | |

Joseph Johnson filed this civil rights action more than a year ago. He also filed an in forma pauperis application, which the court denied with directions for him to pay the filing fee. Johnson then sent a letter to the court explaining that he had already paid the filing fee. The court has confirmed that Johnson did pay the filing fee but, due to a clerical error, the payment was not recorded in the docket sheet for the case. Now that the filing fee problem has been resolved, the next step is to resolve is the service of process problem. As a non-pauper and a non-prisoner, Johnson is responsible for serving the summons and complaint on each defendant. To date, there is no indication that he has done so.

No later than **May 8, 2009**, Johnson must (1) file proofs of service showing that he has served the summons and complaint on each defendant in this action or (2) show cause why this action should not be dismissed for failure to serve process within 120 days of the filing of the complaint. See Fed. R. Civ. P. 4(l)-(m)

IT IS SO ORDERED.

Dated: April 13, 2009

SUSAN ILLSTON
United States District Judge