UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | No. C 08-010 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES S. CAHAN; et al., | |
| Defendants. | |

Plaintiff has requested that summonses be issued in blank for him to serve process on defendants and for an extension of time in which to accomplish service of process. The request is GRANTED in part. (Docket # 9.) The clerk shall issue and send to plaintiff five blank summons forms for him to use in serving process. Plaintiff's request shows that he has taken no steps to accomplish service of process in the fifteen months this case has been pending. Although he blames his failure on a clerical error at the court that caused his payment of his filing fee not to be noted in the docket, that clerical error has nothing to do with his failure to serve process. Nonetheless, the court will extend the deadline for plaintiff to accomplish service of process. No later than **June 5, 2009**, plaintiff must file proofs of service showing that he has served the summons and complaint on each defendant in this action. Each defendant as to whom a proof of service has not been filed by that deadline will be dismissed. See Fed. R. Civ. P. 4(l)-(m). Plaintiff is reminded that since he is no longer in custody, he no longer receives the benefit of the mailbox rule; he must ensure that his documents are filed by the deadline, and not merely mailed to the court by the deadline.

IT IS SO ORDERED.

Dated: April 29, 2009

_____
SUSAN ILLSTON
United States District Judge