UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | No. C 08-010 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JAMES S. CAHAN; et al., | |
| Defendants. | |

This action is dismissed without prejudice because plaintiff did not timely serve process on any of the defendants.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 11, 2009

_____
SUSAN ILLSTON
United States District Judge